**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-cv-23709-GAYLES/LETT**

**NEW CONCEPT ENERGY, INC.,**

**Plaintiff**,

v.

**GUY GENTILE,**

**Defendant.**
_______________________________/

# ORDER

**THIS CAUSE** comes before the Court on Non-Party Nicholas Abadiotakis' ("Abadiotakis") Objections to Magistrate Judge Enjolique A. Lett's Omnibus Order on Plaintiff's Motion to Compel Non-Party Discovery, [ECF No. 6]; Notice of Non-Party Abadiotakis' Response in Opposition, Motion to Quash, and Motion for Protective Order, [ECF No. 11]; and Plaintiff's Opposition to the Motion to Quash and Reply in Support of the Motion to Compel, [ECF No. 8]. The action was referred to Magistrate Judge Lett for a ruling on all discovery disputes and non-dispositive pretrial motions. [ECF No. 7].

On October 29, 2026, Judge Lett issued her Omnibus Order granting Plaintiff's Motion to Compel Non-Party Discovery; denying Non-Party Nicholas Abadiotakis's Motion to Quash; denying Non-Party's alternative Motion for a Protective Order; denying Non-Party's request for sanctions under Rule 45(d)(1); and modifying the subpoena to require an in-person deposition in this District within thirty (30) days of the entry of the Omnibus Order, and the production of all necessary documents. [ECF No. 32]. On November 6, 2026, Non-Party Abadiotakis filed his objections to the Omnibus Order. [ECF No. 35].

Pursuant to Federal Rule of Civil Procedure 72(a), a district court reviews a magistrate judge's order on a non-dispositive matter under a "clearly erroneous or [ ] contrary to law" standard. Fed. R. Civ. P. 72(a). "Clear error is a highly deferential standard of review" and a finding of clear error is only appropriate "if the district court 'is left with the definite and firm conviction that a mistake has been committed.'" *Bradford Emergency Group, LLC. v. Blue Cross and Blue Shield of Florida, Inc.*, No. 21-62139, 2022 WL 4545177, at *1 (S.D. Fla. Sep. 29, 2022) (quoting *Holton v. City of Thomasville School Dist.*, 425 F.3d 1325, 1351 (11th Cir. 2005)). "A magistrate judge's order is contrary to law when it fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Id.* (internal quotation omitted). "The standard for overturning a Magistrate Judge's Order is a very difficult one to meet." *Id.* (internal quotation omitted). The Court has reviewed the Omnibus Order and finds that it is not clearly erroneous or contrary to law.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. Non-Party Nicholas Abadiotakis' Objections to the Omnibus Order, [ECF No. 35], are **OVERRULED**.
2. Judge Lett's Omnibus Order, [ECF No. 32], is **AFFIRMED**.
3. Non-Party Nicholas Abadiotakis shall comply with all deadlines in the Omnibus Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**